| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENDRICKS COUNTY SUPERIOR COURT |
| | )SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO: 32D04-1002-CT-4 |

TONDA R. LOVINS, as parent of )
LUKE STAN LOVINS )
)
    Plaintiffs, )
)
vs. )
)
ALFREDO MARTINEZ, )
CONTRACT ROOFING & SIDING, INC.; )
ISRAEL GARZA d/b/a CONTRACT )
ROOFING & SIDING; )
STAN LOVINS, SR.; )
BRIDGESTONE AMERICAS, INC.; )
RETREAD PARTNERS, LLC; and )
MARTY'S USED CAR AND TRUCK )
PARTS, INC. )
)
    Defendants )

## MOTION FOR ENLARGEMENT OF TIME

Comes now Defendants, Contract Roofing & Siding, Inc. and Israel Garza d/b/a Contract Roofing & Siding, by counsel, and moves the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Amended Complaint for Damages, up to and including April 23, 2010 and in support thereof would show the Court as follows:

    1.    That Plaintiff's Amended Complaint for Damages was filed on Defendants on March 4, 2010.

    2.    That a response to Plaintiff's Amended Complaint for Damages is due on March 24, 2010 and said time has not expired.

    3.    That no prior enlargements of time have been requested.

4. That additional time is necessary to enable counsel to confer with her clients, review the facts, and prepare an appropriate response.

WHEREFORE, Defendants, Contract Roofing & Siding, Inc. and Israel Garza d/b/a Contract Roofing & Siding, requests the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Amended Complaint for Damages, up to and including April 23, 2010 and for all other just and proper relief in the premises.

Respectfully submitted,

SMITH FISHER MAAS & HOWARD, P.C.

_____
DONNA H. FISHER, #8426-49

SMITH FISHER MAAS & HOWARD, P.C.
7209 N. Shadeland Avenue
Indianapolis, Indiana 46250
(317) 578-1900
(317) 578-1330 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the following counsel of record, by First Class U.S. Mail, postage pre-paid this ___ day of _____, 2010.

James E. Waters
Duane C. Martin
MILLER WATERS MARTIN & HALL
101 East Ohio Street, Suite 660
Indianapolis, IN 46204
*For Plaintiff*

Richard R. Skiles
SKILES DETRUDE
150 E. Market Street, Suite 200
Indianapolis, IN 46204
*For Retread Partners, LLC*

Mark J.R. Merkle
Marc T. Quigley
KRIEG DEVAULT LLP
2800 One Indiana Square
Indianapolis, IN  46204-2079
*For Bridgestone Americas, Inc.*

                                                    _____
                                                    Donna H. Fisher