| STATE OF INDIANA | ) | IN THE HENDRICKS COUNTY SUPERIOR COURT |
|---|---|---|
| | )SS: | |
| COUNTY OF HENDRICKS | ) | CAUSE NO: 32D04-1002-CT-4 |

TONDA R. LOVINS, as parent of )
LUKE STAN LOVINS )
)
    Plaintiffs, )
)
vs. )
)
ALFREDO MARTINEZ, )
CONTRACT ROOFING & SIDING, INC.; )
ISRAEL GARZA d/b/a CONTRACT )
ROOFING & SIDING; )
STAN LOVINS, SR.; )
BRIDGESTONE AMERICAS, INC.; )
RETREAD PARTNERS, LLC; and )
MARTY'S USED CAR AND TRUCK )
PARTS, INC. )
)
    Defendants )

## JURY TRIAL REQUEST

Comes now Defendants, Contract Roofing & Siding, Inc. and Israel Garza d/b/a Contract Roofing & Siding, by counsel, and requests that this case be tried by a jury.

Respectfully submitted,

SMITH FISHER MAAS & HOWARD, P.C.

_____
DONNA H. FISHER, 8426-49

SMITH FISHER MAAS & HOWARD, P.C.
7209 N. Shadeland Avenue
Indianapolis, Indiana 46250
(317) 578-1900
(317) 578-1330 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the following counsel of record, by First Class U.S. Mail, postage pre-paid this ____ day of March, 2010.

James E. Waters
Duane C. Martin
MILLER WATERS MARTIN & HALL
101 East Ohio Street, Suite 660
Indianapolis, IN 46204
*For Plaintiff*

Richard R. Skiles
SKILES DETRUDE
150 E. Market Street, Suite 200
Indianapolis, IN 46204
*For Retread Partners, LLC*

Mark J.R. Merkle
Marc T. Quigley
KRIEG DEVAULT LLP
2800 One Indiana Square
Indianapolis, IN 46204-2079
*For Bridgestone Americas, Inc.*

Donna H. Fisher